■ MOSES ROBINSON, Respondent, v HOUSING COUNCIL OF THE NIAGARA FRONTIER, INC., et al., Appellants.—Order insofar as appealed from unanimously reversed on the law without costs and defendants' motion granted *(see, Barnes v Housing Council,* 152 AD2d 920). (Appeal from order of Supreme Court, Erie County, Fallon, J.—dismiss causes of action.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.